AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gross, Kevin | 2. Court or Organization<br><br>U.S. Bankruptcy Court, DE | 3. Date of Report<br><br>05/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>824 N. Market St, 6th Floor<br>Wilmington, DE 19801 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/10/17 | Las Vegas, Nevada | National Conference of Bankruptcy Judges | airfare, hotel & incidentals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State of Israel 7th Dev Reg Savings Amended Bond 46513ENN8 | A | Interest | J | T | | | | | |
| 2. State of Israel 7th Mazel Tov Sav Bond 46513CFX9 | A | Interest | J | T | | | | | |
| 3. State of Israel 6th Mazel Tov Sav Bond 46513BJ74 | A | Interest | J | T | | | | | |
| 4. State of Israel Mazel Tov Sav Bond 46513XJU5 | A | Interest | J | T | Buy | 02/01/17 | J | | |
| 5. Newberger Berman Brokerage Account #1 (H) | | | | | | | | | |
| 6. -Dreyfus Treasury Sec Cash Mgmt Admin money market fund | A | Dividend | J | T | | | | | |
| 7. -Neuberger Berman Genesis FD Institutional Class mutual fund | | None | | | Sold (part) | 08/01/17 | J | B | |
| 8. | | | | | Sold | 10/20/17 | J | B | |
| 9. -Occidental Pete Corp common stock | B | Dividend | K | T | | | | | |
| 10. -California Resources Corporation common stock | | None | J | T | | | | | |
| 11. -Neuberger & Berman International Equity Fund Inst mutual fund | | None | | | Sold (part) | 08/01/17 | J | A | |
| 12. | | | | | Sold | 10/20/17 | J | A | |
| 13. -Neuberger & Berman Equity Fd Emerging Mkts Equity Fd Inst mutual fund | | None | | | Sold (part) | 08/01/17 | J | A | |
| 14. | | | | | Sold | 10/20/17 | J | A | |
| 15. -Neuberger Berman Intrinsic Value Cl Institutional mutual fund | | None | | | Sold (part) | 08/01/17 | J | A | |
| 16. | | | | | Sold | 10/20/17 | J | A | |
| 17. -Neuberger Berman Equity FDS Dividend Growth Fd Instl Cl mutual fund | | None | | | Sold (part) | 08/01/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 10/20/17 | J | B | |
| 19. M&T Bank checking account | | None | J | T | | | | | |
| 20. IRA #2 (H) | | | | | | | | | |
| 21. -Guardian Fund Investor Class mutual fund | A | Dividend | K | T | | | | | |
| 22. | B | Distribution | | | | | | | |
| 23. MetLife common stock | A | Dividend | J | T | | | | | |
| 24. MetLife common stock | A | Dividend | J | T | | | | | |
| 25. 1/3 interest in Trisis-oil & gas royalty interest & land in | | | | | | | | | |
| 26. Scurry, Tyler & Wood Counties, TX | D | Royalty | O | W | | | | | |
| 27. IRA Rollover Acct #1 (H) | | | | | | | | | |
| 28. -Dreyfus Treasury Sec Cash Mgmt Admin money market fund | A | Int./Div. | M | T | | | | | |
| 29. -Neuberger Berman Genesis FD Institutional Class mutual fund | A | Dividend | M | T | | | | | |
| 30. | E | Distribution | | | | | | | |
| 31. -Alphabet Inc common stock | | None | M | T | Sold (part) | 11/17/17 | K | E | |
| 32. -Honeywell Intl Inc common stock | B | Dividend | L | T | Sold (part) | 04/28/17 | K | D | |
| 33. -Cisco Systems Inc common stock | B | Dividend | L | T | | | | | |
| 34. -Neuberger & Berman Equity FDS Equity Income FD Instl mutual fund | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | D | Distribution | | | | | | | |
| 36. -Koninkluke Philips NV common stock | | None | | | Sold | 02/01/17 | L | B | |
| 37. -Exxon Mobil Corp common stock | B | Dividend | L | T | | | | | |
| 38. -Express Scripts Holding Company common stock | | None | | | Sold | 10/16/17 | L | | |
| 39. -Lennar Corp Cl A common stock | A | Dividend | L | T | | | | | |
| 40. -Kimberly Clark Corp common stock | B | Dividend | K | T | | | | | |
| 41. -Nvida Corp common stock | A | Dividend | L | T | | | | | |
| 42. -Pioneer Natural Resources Company common stock | A | Dividend | L | T | | | | | |
| 43. -Proctor & Gamble Co common stock | B | Dividend | L | T | | | | | |
| 44. -Textron Inc common stock | A | Dividend | M | T | | | | | |
| 45. -General Electric Co common stock | A | Dividend | | | Sold | 05/17/17 | K | C | |
| 46. -Schlumberger Ltd common stock | A | Dividend | K | T | | | | | |
| 47. -Eli Lilly & Co common stock | B | Dividend | L | T | | | | | |
| 48. -Berkshire Hathaway Inc Del Cl B common stock | | None | K | T | | | | | |
| 49. -Apple Inc common stock | A | Dividend | L | T | | | | | |
| 50. -Best Buy Company Inc common stock | A | Dividend | | | Sold (part) | 04/24/17 | J | D | |
| 51. | | | | | Sold | 08/11/17 | L | E | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Comcast Corp New SPL Cl A common stock | A | Dividend | | | Sold | 10/13/17 | K | C | |
| 53. -EOG Res Inc common stock | A | Dividend | L | T | | | | | |
| 54. -Raytheon Co common stock | A | Dividend | L | T | | | | | |
| 55. -Conagra Foods Inc common stock | A | Dividend | | | Sold | 07/07/17 | K | B | |
| 56. -United Parcel Svc Inc Cl B common stock | A | Dividend | | | Sold | 07/13/17 | K | D | |
| 57. -Mondelez International Inc common stock | B | Distribution | L | T | | | | | |
| 58. -International Paper Co common stock | B | Dividend | L | T | | | | | |
| 59. -Whirlpool Corp common stock | B | Dividend | | | Sold | 12/06/17 | K | D | |
| 60. -Fedex Corp common stock | A | Dividend | L | T | | | | | |
| 61. -Industrial DiSeno Textile SA Euro 03 common stock | A | Dividend | K | T | | | | | |
| 62. -Automatic Data Processing Inc common stock | B | Dividend | L | T | | | | | |
| 63. -American Tower Corp Isin common stock | A | Dividend | K | T | | | | | |
| 64. -Neuberger Berman Guardian FD Instl Cl | A | Dividend | K | T | Buy (add'l) | 12/15/17 | J | | |
| 65. | B | Distribution | | | | | | | |
| 66. -Carnival Corp Paired CTF common stock | B | Dividend | L | T | | | | | |
| 67. -General Dynamics Crp common stock | A | Dividend | L | T | | | | | |
| 68. -Allergan PLC common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Union Pacific Corp common stock | B | Dividend | L | T | | | | | |
| 70. -Boston Beer Company Inc Cl A common stock | | None | L | T | | | | | |
| 71. -Hyatt Hotels Corp common stock | | None | L | T | | | | | |
| 72. -Versum Matls Inc common stock | A | Dividend | L | T | | | | | |
| 73. -Qualcomm Inc common stock | | None | K | T | Buy | 01/23/17 | K | | |
| 74. -Rio Tinto PLC Sponsored ADR | A | Dividend | K | T | Buy | 02/22/17 | K | | |
| 75. -Cabot Oil & Gas Corp common stock | A | Dividend | L | T | Buy | 03/13/17 | K | | |
| 76. -AON PLC Shs Cl A common stock | A | Dividend | L | T | Buy | 03/13/17 | K | | |
| 77. -Alaska Air Group Inc common stock | A | Dividend | | | Buy | 03/23/17 | K | | |
| 78. | | | | | Sold | 11/06/17 | J | | |
| 79. -MGM Resorts International common stock | A | Dividend | L | T | Buy | 04/05/17 | K | | |
| 80. -Franco Nevada Corporation common stock | A | Dividend | L | T | Buy | 08/11/17 | K | | |
| 81. | | | | | Buy (add'l) | 08/14/17 | K | | |
| 82. -Oracle Corp common stock | | None | K | T | Buy | 10/16/17 | K | | |
| 83. -Interxion Holding Com Euro common stock | | None | K | T | Buy | 10/23/17 | K | | |
| 84. -Aptiv PLC Com New common stock | A | Dividend | K | T | Buy | 11/03/17 | L | | |
| 85. | | | | | Buy (add'l) | 12/06/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Delphi Technologies PLC Com common stock | | None | K | T | Spinoff (from line 84) | 12/05/17 | K | | |
| 87. -Western Digital Corp common stock | | None | K | T | Buy | 12/18/17 | K | | |
| 88. IRA #3-Wells Fargo Bank N.A. | A | Interest | J | T | | | | | |
| 89. IRA #4-Wells Fargo Bank N.A. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gross, Kevin | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 2:  This was inadvertently erroneously identified as S\tate of Israel 5th SABRA SAV 3Y 46513A2C3 on the previous report.  The description has been corrected.

Part VII, line 64:  On 05/10/17 1,982,772 shares of Neuberger Berman Guardian Investor Cl were converted to 1,977,974 shares of Neuberrger Berman Guardian FD Instl Cl.

PArt VII, line 84:  On 12/05/17 Delphi Automotive Plc was renamed APTIV Plc as part of a spin off of Delphi Technologies Plc (shown on line 86)

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 05/14/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kevin Gross**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544